No. 10–428. AMERICAN HOME ASSURANCE CO. *v.* UMG RE-CORDINGS, INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–5263. MCMILLAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–5558. BATES *v.* MORRISON MANAGEMENT SPECIALISTS, INC. C. A. 8th Cir. Certiorari denied. 

No. 10–5566. CHANTHAKOUMMANE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–5572. WILLIAMS *v.* THALER, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 10–5601. RANDOLPH *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-rari denied. 

No. 10–5645. WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 10–5672. GRANT *v.* UNITED STATES. C. A. 2d Cir. Cer-tiorari denied. 

No. 10–5675. HEARN *v.* TEXAS. Ct. Crim. App. Tex. Certio-rari denied. 

No. 10–5728. MILLS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 10–5809. SNEED *v.* JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 10–5999. GRAVES *v.* AULT, WARDEN. C. A. 8th Cir. Cer-tiorari denied. 

No. 10–6001. CANTRELL *v.* ARPAIO, SHERIFF, MARICOPA COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–6006. MCCULLOUGH *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.